**ELECTRONIC RECORD**

951-15
952-15

COA #  01-13-00908-CR

OFFENSE:  22.02 (Aggravated Assault)

STYLE:  Michael Oduro Kwarteng v. The State of Texas

COUNTY:  Harris

COA DISPOSITION:  AFFIRM

TRIAL COURT:  182nd District Court

DATE: 06/25/15

Publish: NO

TC CASE #:  1365142

**IN THE COURT OF CRIMINAL APPEALS**

951-15

952-15

STYLE:  Michael Oduro Kwarteng v. The State of Texas

CCA #:

_____ PRO SE _____ Petition

CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE:

_____ REFUSED _____

JUDGE:

DATE: 11/04/2015

SIGNED: _____

PC: _____

JUDGE: Per Curiam

PUBLISH: _____

DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____